In the Matter of the Compensation of
Phon Veopradith, Claimant.

EPSON PORTLAND, INC.,
*Petitioner,*

*v.*

Phon VEOPRADITH,
*Respondent.*

(WCB 91-05537; CA A77431)

855 P2d 1170

Jean Back, Portland, argued the cause for appellant. On the brief were Brian B. Doherty, William H. Walters and Miller, Nash, Wiener, Hager & Carlsen, Portland.

Kevin N. Keaney, Portland, argued the cause for respondent. With him on the brief was Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Tektronix, Inc. v. Nazari*, 117 Or App 409, 844 P2d 258 (1992), *on recon* 120 Or App 590, 853 P2d 315 (1993).